DANIEL M. PETROCELLI  (S.B. # 97802)
dpetrocelli@omm.com
DAVID MARROSO  (S.B. # 211655)
dmarroso@omm.com
O'MELVENY & MYERS LLP
1999 Avenue of the Stars
Los Angeles, California  90067-6035
Telephone:   (310) 553-6700
Facsimile:    (310) 246-6779

*Attorneys for Plaintiff Global Music Rights, LLC*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLOBAL MUSIC RIGHTS, LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>MUSIC CHOICE,<br><br>Defendant. | Case No. 2:26-cv-06187-CAS-MAR<br><br>**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** |

Plaintiff Global Music Rights, LLC ("Global Music Rights") and Defendant Music Choice (collectively, the "Parties"), by and through their undersigned counsel, stipulate and agree as follows:

WHEREAS, on June 8, 2026, Global Music Rights filed its Complaint and related documents initiating the present action, *see* ECF 1-5;

WHEREAS, on June 25, 2026, the Court approved the Parties' stipulation to extend the deadline for Music Choice to respond to the Complaint by 21 days, until July 27, 2026, *see* ECF 13, 14;

WHEREAS, on July 22, 2026, the Court approved the Parties' stipulation to further extend the deadline for Music Choice to respond to the Complaint by 14 days, until August 10, 2026, *see* ECF 15, 16;

WHEREAS, the Parties have entered into a settlement agreement to dispose of this action in its entirety;

IT IS HEREBY STIPULATED AND AGREED, pursuant to Federal Rule of Civil Procedure 41(a)(1) and L.R. 7–1 that this action be dismissed with prejudice in its entirety, with each party bearing its own attorneys' fees, costs, and expenses.

JOINT STIPULATION OF DISMISSAL
WITH PREJUDICE

Dated: August 7, 2026                    By: */s/ David Marroso*

Daniel M. Petrocelli
dpetrocelli@omm.com
David Marroso
dmarroso@omm.com

O'MELVENY & MYERS LLP
1999 Avenue of the Stars
Los Angeles, California 90067
Telephone:  (310) 553-6700


*Attorneys for Global Music Rights, LLC*


Dated: August 7, 2026                    By: */s/ Kelly Perigoe*

Kelly Perigoe
kperigoe@kslaw.com

KING & SPALDING LLP
633 West Fifth Street, Suite 1600
Los Angeles, California 90071
Telephone: (213) 443 4355


Paul Fakler (*pro hac vice* forthcoming)
pfakler@kslaw.com

KING & SPALDING LLP
1290 Avenue of the Americas
New York, NY 10104
Telephone:  (212) 556-2100

*Attorneys for Music Choice*

- 3 -                    JOINT STIPULATION OF DISMISSAL
                            WITH PREJUDICE

**ATTESTATION**

Pursuant to Local Rule 5-4.3.4(a)(2), I attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: August 7, 2026                          By: */s/ David Marroso*

Daniel M. Petrocelli
dpetrocelli@omm.com
David Marroso
dmarroso@omm.com

O'MELVENY & MYERS LLP
1999 Avenue of the Stars
Los Angeles, California 90067
Telephone:  (310) 553-6700

*Attorneys for Global Music Rights, LLC*

JOINT STIPULATION OF DISMISSAL
WITH PREJUDICE