AO 121 (Rev. 06/16)

| TO: | REPORT ON THE |
|---|---|
| **Register of Copyrights**<br>**U.S. Copyright Office**<br>**101 Independence Ave. S.E.**<br>**Washington, D.C. 20559-6000** | **FILING OR DETERMINATION OF AN**<br>**ACTION OR APPEAL**<br>**REGARDING A COPYRIGHT** |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☑ ACTION   ☐ APPEAL | COURT NAME AND LOCATION<br>UNITED STATES DISTRICT COURT |
|---|---|

| DOCKET NO.<br>CV26-06187-CAS | DATE FILED | CENTRAL DISTRICT OF CALIFORNIA |
|---|---|---|

| PLAINTIFF<br>GLOBAL MUSIC RIGHTS, LLC, a Delaware limited liability company | DEFENDANT<br>MUSIC CHOICE |
|---|---|

| COPYRIGHT REGISTRATION  NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1 | See Attachment 1 (Complaint) | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading | |
|---|---|---|
| **COPYRIGHT REGISTRATION NO.** | **TITLE OF WORK** | **AUTHOR OF WORK** |
| 1 | | |
| 2 | | |
| 3 | . | |

In the above-entitled case, a final decision was rendered on the date entered below.  A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED<br>● Order   ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes   ● No | DATE RENDERED<br>08/07/2026 |
|---|---|---|

| CLERK<br>BRIAN D. KARTH | (BY) DEPUTY CLERK<br>EVELYN SYNAGOGUE | DATE<br>08/11/2026 |
|---|---|---|

**DISTRIBUTION:**

1) Upon initiation of action,
   mail copy to Register of Copyrights

2) Upon filing of document adding copyright(s),
   mail copy to Register of Copyrights

3) Upon termination of action,
   mail copy to Register of Copyrights

4) In the event of an appeal, forward copy to Appellate Court

5) Case File Copy

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLOBAL MUSIC RIGHTS, LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>MUSIC CHOICE,<br><br>Defendant. | Case No. 2:26-cv-06187-CAS-MARx<br><br>**ORDER GRANTING JOINT STIPULATION REGARDING DEFENDANT MUSIC CHOICE'S FURTHER TIME TO RESPOND TO PLAINTIFF GLOBAL MUSIC RIGHTS' COMPLAINT** |

On July 22, 2026, Plaintiff Global Music Rights, LLC ("Global Music Rights") and Defendant Music Choice filed a Joint Stipulation Regarding Defendant Music Choice's Further Time to Respond to Plaintiff Global Music Rights' Complaint.

Based on the stipulation of the Parties, and for good cause shown, IT IS HEREBY ORDERED that the deadline for Music Choice to respond to Global Music Rights' Complaint shall be extended for an additional 14 days, until August 10, 2026.

IT IS SO ORDERED.

Dated: July 22, 2026

*Christine A. Snyder*

HONORABLE CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE

ORDER GRANTING JOINT
STIPULATION